Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 19−18451−SLM
                              Chapter: 13
                              Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carla L Matos
   80 Rutgers Street
   Maplewood, NJ 07040

Social Security No.:
   xxx−xx−0762

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       9/17/19
Time:      02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Justin M Gillman, Debtor's Attorney

COMMISSION OR FEES
$4,125.00

EXPENSES
$520.00

Creditors may be heard before the applications are determined.

    An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: July 31, 2019
JAN:

                                                                             Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-18451-SLM
Carla L Matos                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jul 31, 2019
                              Form ID: 137             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2019.
```
db            +Carla L Matos,    80 Rutgers Street,    Maplewood, NJ 07040-3252
518252046     +Aspire Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
               Tinton Falls, NJ 07724-3001
518206741     +Best Buy/Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
518325202     +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518206750     +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
518206751     +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
518206752     +Gerard L. Gonsalves, DMD PA,    2168 Millburn Ave,    Maplewood, NJ 07040-2640
518206753    ++++HLS,   100 S COMMONS STE 150,    PITTSBURGH PA 15212-5359
               (address filed with court: Hls,    150 Allegheny Center Mall,    Pittsburgh, PA 15212)
518206755    ++++MIA KIRITSIS, ESQ.,    IN HOUSE COUNSEL FOR MIDLAND FUNDING, LL,   1 RIVERFRONT PLZ STE 710,
               NEWARK NJ 07102-5415
               (address filed with court: Mia Kiritsis, Esq.,    In House Counsel for Midland Funding, LL,
               1037 Raymond Blvd, Suite 710,    Newark, NJ 07102)
518206758     +RAS Citron, LLC,    130 Clinton Road,    Suite 202,   Fairfield, NJ 07004-2927
518206759     +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
518206765     +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
518206766      Terra Seasons Landscaping,    Morris Avenue,    Union, NJ 07083
518206767      TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 31 2019 21:55:22     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 31 2019 21:55:22     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 21:56:50
               Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518206740     +E-mail/Text: smacknowski@msscuso.com Jul 31 2019 21:55:23     Aspire Fcu,
               67 Walnut Ave Ste 401,    Clark, NJ 07066-1696
518206743      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 31 2019 21:56:25
               Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
518287578     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 31 2019 21:56:26
               Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518206744     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 31 2019 21:55:21     Cb/Vicscrt,
               Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
518206745     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 31 2019 21:55:21     Comenitybank/Ny&Co,
               Po Box 182789,    Columbus, OH 43218-2789
518206746     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 31 2019 21:55:21     Comenitybank/Victoria,
               Po Box 182789,    Columbus, OH 43218-2789
518206747     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 31 2019 21:55:21     Comenitycb/Overstock,
               Po Box 182120,    Columbus, OH 43218-2120
518206748     +E-mail/PDF: creditonebknotifications@resurgent.com Jul 31 2019 21:56:50     Credit One Bank Na,
               Po Box 98875,    Las Vegas, NV 89193-8875
518224662      E-mail/Text: mrdiscen@discover.com Jul 31 2019 21:55:20     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
518206749     +E-mail/Text: mrdiscen@discover.com Jul 31 2019 21:55:20     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
518206754     +E-mail/Text: BKRMailOPS@weltman.com Jul 31 2019 21:55:21     Jared,   375 Ghent Rd,
               Akron, OH 44333-4601
518308247      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2019 21:56:27     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518270288     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 31 2019 21:55:22     MIDLAND FUNDING LLC,
               PO Box 2011,    Warren, MI 48090-2011
518206756     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 31 2019 21:55:22     Midland Funding,
               2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
518333801      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2019 21:56:50
               Portfolio Recovery Associates, LLC,    c/o Amazon.com Store Card,    POB 41067,
               Norfolk VA 23541
518337398      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2019 21:57:15
               Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
               Norfolk VA 23541
518334828      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2019 21:56:26
               Portfolio Recovery Associates, LLC,    c/o Pc Richard,    POB 41067,    Norfolk VA 23541
518332597      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2019 21:56:26
               Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,   Norfolk VA 23541
518321960      E-mail/Text: bnc-quantum@quantum3group.com Jul 31 2019 21:55:21
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
518206760     +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 21:56:50     Syncb/Amazon,   Po Box 965015,
               Orlando, FL 32896-5015
518206761     +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 21:56:50     Syncb/Care Credit,
               950 Forrer Blvd,    Kettering, OH 45420-1469
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 31, 2019
                              Form ID: 137             Total Noticed: 45


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518206762      +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 21:56:49      Syncb/Oldn,    4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
518206763      +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 21:56:50      Syncb/Pc Richard,    Po Box 965036,
                 Orlando, FL 32896-5036
518206764      +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 21:56:26      Syncb/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
518209426      +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 21:56:50      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518252223      +E-mail/Text: bncmail@w-legal.com Jul 31 2019 21:55:22      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
518315062      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 31 2019 21:57:16      Verizon,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518206768      +E-mail/Text: dwarshaw@warshawlawfirm.com Jul 31 2019 21:55:23      Warshaw Law Firm, LLC,
                 266 King George Road,    Warren, NJ 07059-5186
                                                                                              TOTAL: 31

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Toyota Motor Credit Corporation
518206757      Midland Funding, LLC
518206742    ##+Bk Of Amer,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
                                                                                   TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               FFMLT Trust 2005-FF8, Mortgage Pass-Through Certificates, Series 2005-FF8
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Justin M Gillman    on behalf of Debtor Carla L Matos ecf@gbclawgroup.com,
               5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               FFMLT Trust 2005-FF8, Mortgage Pass-Through Certificates, Series 2005-FF8 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```