**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
_____

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, New Jersey 08837
(732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.**

Order Filed on September 18, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Carla Matos

    Debtor(s)

Case No.: 19-18451-SLM

Judge: Hon. Stacey L. Meisel, U.S.B.J.

Chapter: 13

Hearing Date: September 17, 2019 at 2:30 p.m.

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 18, 2019**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

-1-

In re:   Carla Matos
Case No. 19-18451-SLM

---

The Applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

IT IS ORDERED as follows:

1. THAT the Applicant, Justin M. Gillman, Esq., is allowed a fee of $4,125.00 for services rendered and expenses in the amount of $520.00 for a total of $4,645.00.

2. THAT the sum of $1,145.00, representing the total allowed fees of $4,645.00, less the $3,500.00 payment received from the Debtor outside the Plan, shall be paid through the Chapter 13 Plan as an administrative priority.