| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Gillman, Bruton & Capone, LLC**<br>**770 Amboy Avenue**<br>**Edison, New Jersey 08837**<br>**(732) 661-1664**<br>**Attorney for Debtors**<br>**By: Justin M. Gillman, Esq.** | Order Filed on September 18, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| In Re:<br><br>Carla Matos<br><br>      Debtor(s) | Case No.: 19-18451-SLM<br><br>Judge: Hon. Stacey L. Meisel, U.S.B.J.<br><br>Chapter:    13<br><br>Hearing Date: September 17, 2019 at 2:30 p.m. |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 18, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

In re:   Carla Matos
Case No. 19-18451-SLM

_____

The Applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

IT IS ORDERED as follows:

1.  THAT the Applicant, Justin M. Gillman, Esq., is allowed a fee of $4,125.00 for services rendered and expenses in the amount of $520.00 for a total of $4,645.00.

2.  THAT the sum of $1,145.00, representing the total allowed fees of $4,645.00, less the $3,500.00 payment received from the Debtor outside the Plan, shall be paid through the Chapter 13 Plan as an administrative priority.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-18451-SLM
Carla L Matos                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin            Page 1 of 1         Date Rcvd: Sep 19, 2019
                          Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2019.
db          +Carla L Matos,   80 Rutgers Street,   Maplewood, NJ 07040-3252

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
       FFMLT Trust 2005-FF8, Mortgage Pass-Through Certificates, Series 2005-FF8
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Justin M Gillman    on behalf of Debtor Carla L Matos ecf@gbclawgroup.com,
       5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
       FFMLT Trust 2005-FF8, Mortgage Pass-Through Certificates, Series 2005-FF8 rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                           TOTAL: 5