Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−18451−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Carla L Matos
  80 Rutgers Street
  Maplewood, NJ 07040

Social Security No.:
  xxx−xx−0762

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

  NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:      2/7/23
Time:      02:30 PM
Location:    Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

  The following applications for compensation have been filed:

APPLICANT(S)

COMMISSION OR FEES

EXPENSES

If this is a chapter 13 case, the fees and expenses awarded:

  ☑    will not reduce the amount to be paid to general unsecured
       creditors under the plan.

  ☐    will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

  An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 11, 2023
JAN: LVJ

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Carla L Matos  
    Debtor

Case No. 19-18451-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 11, 2023      Form ID: 137      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carla L Matos, 80 Rutgers Street, Maplewood, NJ 07040-3252 |
| 518252046 | + | Aspire Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 518206752 | + | Gerard L. Gonsalves, DMD PA, 2168 Millburn Ave, Maplewood, NJ 07040-2640 |
| 518206753 | | Hls, 150 Allegheny Center Mall, Pittsburgh, PA 15212 |
| 518206755 | + | Mia Kiritsis, Esq., In House Counsel for Midland Funding, LL, 1037 Raymond Blvd, Suite 710, Newark, NJ 07102-5427 |
| 518206766 | | Terra Seasons Landscaping, Morris Avenue, Union, NJ 07083 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 11 2023 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 11 2023 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 20:55:19 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518206740 | + | Email/Text: smacknowski@msscuso.com | Jan 11 2023 20:53:00 | Aspire Fcu, 67 Walnut Ave Ste 401, Clark, NJ 07066-1696 |
| 518206741 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2023 20:55:14 | Best Buy/Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 518206742 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 11 2023 20:52:00 | Bk Of Amer, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 518206743 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 11 2023 20:55:18 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 518287578 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 11 2023 20:55:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518206744 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 11 2023 20:53:00 | Cb/Vicscrt, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518206745 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 11 2023 20:53:00 | Comenitybank/Ny&Co, Po Box 182789, Columbus, OH 43218-2789 |
| 518206746 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 11 2023 20:53:00 | Comenitybank/Victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 518206747 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 11 2023 20:53:00 | Comenitycb/Overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 518206748 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 11 2023 20:55:01 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |

Case 19-18451-SLM    Doc 43    Filed 01/13/23    Entered 01/14/23 00:17:14    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 11, 2023 | Form ID: 137 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 518325202 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 11 2023 20:52:00 | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518224662 | | Email/Text: mrdiscen@discover.com | Jan 11 2023 20:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518206749 | + | Email/Text: mrdiscen@discover.com | Jan 11 2023 20:52:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 518206750 | ^ | MEBN | Jan 11 2023 20:47:28 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518206751 | ^ | MEBN | Jan 11 2023 20:48:30 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518206754 | + | Email/Text: BKRMailOPS@weltman.com | Jan 11 2023 20:53:00 | Jared, 375 Ghent Rd, Akron, OH 44333-4601 |
| 518308247 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2023 20:55:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518270288 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2023 20:53:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518206756 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2023 20:53:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 518333801 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 11 2023 20:55:21 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 518337398 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 11 2023 20:55:20 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 518334828 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 11 2023 20:55:14 | Portfolio Recovery Associates, LLC, c/o Pc Richard, POB 41067, Norfolk VA 23541 |
| 518332597 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 11 2023 20:55:13 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518321960 | | Email/Text: bnc-quantum@quantum3group.com | Jan 11 2023 20:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518206758 | + | Email/Text: RASEBN@raslg.com | Jan 11 2023 20:52:00 | RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518206759 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 11 2023 20:52:00 | Specialized Loan Servi, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518206760 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 20:55:12 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 518206761 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 20:55:18 | Syncb/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 518206762 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 20:55:19 | Syncb/Oldn, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 518206763 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 20:55:18 | Syncb/Pc Richard, Po Box 965036, Orlando, FL 32896-5036 |
| 518206764 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 20:55:10 | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 518209426 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 20:55:19 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518252223 | + | Email/Text: bncmail@w-legal.com | Jan 11 2023 20:53:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518206765 | + | Email/Text: bncmail@w-legal.com | Jan 11 2023 20:53:00 | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |

| 518206767 | ^ MEBN | | Jan 11 2023 20:48:03 | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 518315062 | + Email/PDF: ebn_ais@aisinfo.com | | Jan 11 2023 20:55:13 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518206768 | + Email/Text: dwarshaw@warshawlawfirm.com | | Jan 11 2023 20:53:00 | Warshaw Law Firm, LLC, 266 King George Road, Warren, NJ 07059-5187 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| 518206757 | | Midland Funding, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 13, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for FFMLT Trust 2005-FF8, Mortgage Pass-Through Certificates, Series 2005-FF8 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor Carla L Matos ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4