**GILLMAN, BRUTON & CAPONE, LLC**
Justin M. Gillman, Esq.
770 Amboy Avenue
Edison, NJ 08837
Telephone: (732) 661-1664
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

Order Filed on February 7, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Carla Matos, | Case No. 19-18451 |
| Debtor(s). | Hearing Date: February ~~1~~ 7, 2023 |
| | Judge: Stacey L. Meisel |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 7, 2023**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

4887-3292-0133, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Justin Gillman _____, the applicant, is allowed a fee of $_____ 1,380.00 _____ for services rendered and expenses in the amount of $_____ 0 _____ for a total of $_____ 1,380.00 _____. The allowance is payable:

☒ $ __1,380.00__ through the Chapter 13 plan as an administrative priority.

☒ $ ____0____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ 1,388.00 _____ per month for __14__ months beginning March 2023 to allow for payment of the above fee.

rev. 8/1/15

4887-3292-0133, v. 1