**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Carla L Matos<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0762<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–18451–SLM | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Carla L Matos

<u>7/23/24</u>                                    **By the court:** <u>Stacey L. Meisel</u>
                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-18451-SLM
Carla L Matos  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3
Date Rcvd: Jul 23, 2024     Form ID: 3180W     Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carla L Matos, 80 Rutgers Street, Maplewood, NJ 07040-3252 |
| 518252046 | + | Aspire Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 518206752 | + | Gerard L. Gonsalves, DMD PA, 2168 Millburn Ave, Maplewood, NJ 07040-2640 |
| 518206753 | | Hls, 150 Allegheny Center Mall, Pittsburgh, PA 15212 |
| 518206766 | | Terra Seasons Landscaping, Morris Avenue, Union, NJ 07083 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 23 2024 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 23 2024 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PRA.COM | Jul 24 2024 00:39:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518206740 | + | Email/Text: smacknowski@msscuso.com | Jul 23 2024 20:50:00 | Aspire Fcu, 67 Walnut Ave Ste 401, Clark, NJ 07066-1696 |
| 518206741 | + | EDI: CITICORP | Jul 24 2024 00:39:00 | Best Buy/Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 518206742 | + | EDI: BANKAMER | Jul 24 2024 00:39:00 | Bk Of Amer, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 518206743 | | EDI: CAPITALONE.COM | Jul 24 2024 00:39:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 518287578 | + | EDI: AIS.COM | Jul 24 2024 00:39:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518206744 | + | EDI: WFNNB.COM | Jul 24 2024 00:39:00 | Cb/Vicscrt, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518206745 | + | EDI: WFNNB.COM | Jul 24 2024 00:39:00 | Comenitybank/Ny&Co, Po Box 182789, Columbus, OH 43218-2789 |
| 518206746 | + | EDI: WFNNB.COM | Jul 24 2024 00:39:00 | Comenitybank/Victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 518206747 | + | EDI: WFNNB.COM | Jul 24 2024 00:39:00 | Comenitycb/Overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 518206748 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 23 2024 21:08:41 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 518325202 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 23 2024 20:49:00 | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518224662 | | EDI: DISCOVER | Jul 24 2024 00:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518206749 | + | EDI: DISCOVER | Jul 24 2024 00:39:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 518206750 | | Email/Text: bankruptcycourts@equifax.com | Jul 23 2024 20:49:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 518206751 | ^ | MEBN | Jul 23 2024 20:49:37 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518206754 | + | Email/Text: BKRMailOPS@weltman.com | Jul 23 2024 20:49:00 | Jared, 375 Ghent Rd, Akron, OH 44333-4601 |
| 518308247 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2024 20:57:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518270288 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 23 2024 20:49:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518206755 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 23 2024 20:49:00 | Mia Kiritsis, Esq., In House Counsel for Midland Funding, LL, 1037 Raymond Blvd, Suite 710, Newark, NJ 07102-5423 |
| 518206756 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 23 2024 20:49:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 518333801 | | EDI: PRA.COM | Jul 24 2024 00:39:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 518337398 | | EDI: PRA.COM | Jul 24 2024 00:39:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 518334828 | | EDI: PRA.COM | Jul 24 2024 00:39:00 | Portfolio Recovery Associates, LLC, c/o Pc Richard, POB 41067, Norfolk VA 23541 |
| 518332597 | | EDI: PRA.COM | Jul 24 2024 00:39:00 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518321960 | | EDI: Q3G.COM | Jul 24 2024 00:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518206758 | + | Email/Text: RASEBN@raslg.com | Jul 23 2024 20:48:00 | RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518206759 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 23 2024 20:49:00 | Specialized Loan Servi, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518206760 | + | EDI: SYNC | Jul 24 2024 00:39:00 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 518206761 | + | EDI: SYNC | Jul 24 2024 00:39:00 | Syncb/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 518206762 | + | EDI: SYNC | Jul 24 2024 00:39:00 | Syncb/Oldn, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 518206763 | + | EDI: SYNC | Jul 24 2024 00:39:00 | Syncb/Pc Richard, Po Box 965036, Orlando, FL 32896-5036 |
| 518206764 | + | EDI: SYNC | Jul 24 2024 00:39:00 | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 518209426 | ^ | MEBN | Jul 23 2024 20:51:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518252223 | + | Email/Text: bncmail@w-legal.com | Jul 23 2024 20:49:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 23, 2024 | Form ID: 3180W | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 518206765 | + EDI: WTRRNBANK.COM | Jul 24 2024 00:39:00 | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 518206767 | ^ MEBN | Jul 23 2024 20:47:54 | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 518315062 | + EDI: AIS.COM | Jul 24 2024 00:39:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518206768 | + Email/Text: dwarshaw@warshawlawfirm.com | Jul 23 2024 20:50:00 | Warshaw Law Firm, LLC, 266 King George Road, Warren, NJ 07059-5187 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| 518206757 | | Midland Funding, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for FFMLT Trust 2005-FF8, Mortgage Pass-Through Certificates, Series 2005-FF8 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor Carla L Matos ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4