UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

In re:                                                                   **CASE NO.: 19-18451**

**CHAPTER 13**

**Carla L. Matos,**
   **Debtor.**

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FFMLT TRUST 2005-FF8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FF8 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA   30004**

                                               Robertson, Anschutz, Schneid, Crane
                                               & Partners, PLLC
                                               Authorized Agent for Secured Creditor
                                               3010 Morris Road, Suite 450
                                               Alpharetta, GA   30004
                                               Telephone:  (470) 321-7112
                                               Facsimile:  (404) 393-1425

                                               By: /s/Sherri Dicks
                                                   Sherri Dicks
                                                   Email: sdicks@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 6, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

CARLA L MATOS
80 RUTGERS STREET
MAPLEWOOD, NJ 07040

And via electronic mail to:

GILLMAN, BRUTON & CAPONE, LLC
770 AMBOY AVE
EDISON, NJ 08837

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Amber Matas